# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania Voters Alliance, Stephanie Borowicz, Kristine Eng, Theodore A. Dannerth, Eric Kroner, Eric Nelson, Daryl Metcalfe, Dawn Wetzel Keefer, Russ Diamond, Chris Dush, Jim Gregory, Francis Ryan, Michael Harvey, David Torres, Dasha Pruett, <br><br>Plaintiffs,<br><br>vs.<br><br>Centre County, Delaware County, and the City of Philadelphia,<br><br>Defendant. | Civil Action No.:<br>4:20−CV−01761−MWB<br>Hon. Matthew W. Brann<br><br><br><br>**Word Certificate** |

I, Jordan Shuber, certify that Plaintiffs' Memorandum of Law complies with the Local Rules

I further certify that, in preparation of this memorandum, I used Microsoft Word 2019, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, but not the caption and signature blocks, in the following word count

I further certify that the above referenced memorandum contains 4,997 words.

Dated: September 25, 2020.
                                                *Electronically Signed by Jordan P. Shuber*
Jordan P. Shuber, PA ID 317823
Ronald T. Elliott, PA ID 71567
Thomas W. King, III, PA ID 21580*
Thomas E. Breth, PA ID 66350*
Special Counsel for the Amistad Project
of Thomas More Society
Dillon McCandless King Coulter & Graham, LLP

128 West Cunningham Street
Butler, PA  16001
Telephone:       (724) 283-2200
Facsimile:         (724) 283-2298
E-mail addresses:  jshuber@dmkcg.com
relliott@dmkcg.com
tking@dmkcg.com
tbreth@dmkcg.com


Erick G. Kaardal, Wis. No. 1035141*
Special Counsel to Amistad Project
of the Thomas More Society
Gregory M. Erickson, 1050298
William F. Mohrman, 168816
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile:  612-341-1076
Email:  kaardal@mklaw.com
*Attorneys for Plaintiffs*


*Admission application pending or forthcoming

2