

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE

April 10, 2020

Mona Harrington, Acting Executive Director
U.S. Election Assistance Commission
1335 East-West Highway, Suite 4300
Silver Spring, MD 20910

**RE: State Requests for 2020 CARES Act funds**

Dear Ms. Harrington:

The purpose of this letter is to certify that the state of Pennsylvania will use the funds provided under the Notice of Grant Award, Agreement # PA20101CARES, for activities consistent with the laws described in Section 906 of HAVA and will not use the funds in a manner that is inconsistent with the requirements of Title III of HAVA.

We further certify that we have reviewed and accept the terms of the award as specified in the Notice of Grant Award. Our UEI number (formerly DUNS) is 797281698 and the signed Certifications are enclosed.

We are requesting $14,223,603.  We will use the funds to prevent, prepare for, and respond to COVID-19, domestically or internationally, for the 2020 Federal election cycle.  To address the impacts of COVID-19 on the election we have already and/or intend to take actions such as:  provide extensive public notification and education about the change in the date of the primary due to COVID-19 and how to vote by absentee or mail-in ballot, including mailings to voters and other paid communications; provide precinct protection supplies, including disinfectants and protective masks for election personnel and poll workers to mitigate the spread of COVID-19 at in-person polling locations; implement an accessible electronic ballot marking device tool to enable voters with disabilities to vote absentee or by mail; implement technology modifications to account for the changed primary date and other needs; and provide grants to all of Pennsylvania's 67 counties for purposes such as the above as well as increased equipment, staffing, and other needs permissible under the CARES Act.

If you have any questions about this request, please contact Kimberly Mattis at 717-772-5193 or kmattis@pa.gov.

Sincerely,

*Kathy Boockvar*
Kathy Boockvar
Secretary of the Commonwealth

Cc.  Kinza Ghaznavi, Grants Manager

EXHIBIT D-1