# EAC CARES Progress Narrative Report

Response ID:46 Data

## 1. EAC-CARES Progress Narrative Report Login

**Please enter your userword and password to begin the CARES Funding Progress Narrative. If you require assistance or have any questions, please contact CARESFunding@eac.gov.**

## 2. Not a Bot Verification

reCAPTCHA answered

## 3. EAC CARES Progress Narrative Report

**1. State:**
**Enter the name of the state or territory that received the grant and is submitting this report.**

Pennsylvania

**2. Grant Number:**
**Enter the grant agreement number from the notice of grant award.**

PA20101CARES

**3. Report:**

20 days after primary

**4. DUNS/UEI:**
**Enter the recipient organization's Data Universal Numbering System (DUNS) number or System for Award Management (SAM) extended DUNS Number or the Unique Entity Identifier.**

**5. EIN:**
**Enter the recipient organization's Employer Identification Number (EIN) provided by the Internal Revenue Services.**

**6. Recipient Organization:**
**Enter the name of the recipient organization and address, including zip code.**

**Organization Name**

Pa Dept Of State

**Street Address**

308 North Office Bldg 401 North Street

**City**

Harrisburg

**State**

1

EXHIBIT E-1

PA

**Zip**

17120

## 7. Progress Narrative:

**Progress During Reporting Period**

**The CARES Act requires states to submit a report after each primary and general election that includes a "full accounting of the State's uses of the payment and an explanation of how such uses allowed the State to prevent, prepare for, and respond to coronavirus." Please provide a narrative report that describes how you used the funds to address the pandemic, the challenges you faced in responding to it and how you are meeting the state match requirement. Describe the major issues you faced in dealing with the pandemic in the election cycle and how you made funds available to local jurisdictions. Complete the cost table below describing your major expenditures under the grant. Add additional cost areas as needed that do not fit into the other categories.**

The Pennsylvania Department of State has spent $3,421,078.40 of the federal CARES Act dollars and also spent at least $110,920.25 towards the state match.

Of the federal dollars spent, the department has provided counties with funding for elections staff and PPE based on reimbursement requests already received. Internally, the Department has used federal dollars to complete a pre-primary communication campaign including media ads and a postcard mailing to each eligible voter in PA. In addition, PPE kits were provided to county polling places.

Of the state match spend, the bulk was spent on additional staff working to take elections calls in the 1.5 months prior to the rescheduled primary election. Also, the Department mailed more than 50,000 applications to eligible voters who requested them through our hotline, and costs for this postage is included. The Department has other large projects as well as additional increased personnel and other costs due to COVID-19 in place that will be used toward the state match. One such project was to prepare for and process extremely high volume of mail-in voting. This required the Commonwealth to invest in and implement additional information technology resources to support the exponential increase in demand for mail ballot voting. Costs for this project have not been realized to date, but are anticipated at approximately $280,000. It will be challenging, but the department feels we will be able to meet the obligation.

Some of the biggest issues PA faced was the efforts associated with changing the date of the primary election was the need for both PA and counties to add significant expenses to accommodate huge increases of mail-in voting. Staffing, equipment, protective supplies, technology, and communications all were also increased as a result of the pandemic. Additionally, there were greater poll worker and polling place losses and associated increases in expenses to fill in those gaps.

## FINAL PROGRESS NARRATIVE REPORT

## PROGRESS DURING REPORTING PERIOD

**The CARES Act requires states to submit a report after each primary and general election that includes a "full accounting of the State's uses of the payment and an explanation of how such uses allowed the State to prevent, prepare for, and respond to coronavirus." Please provide a narrative report that describes how you used the funds to address the pandemic, the challenges you faced in responding to it and how you are meeting the state match requirement. Describe the major issues you faced in dealing with the pandemic in the election cycle and how you made funds available to local jurisdictions. Complete the cost table below describing your major expenditures under the grant. Add additional cost areas as needed that do not fit into the other categories.**

**The final report is your opportunity to share the significant features of your activities and present information about the results you achieved. The document should be written as if the reader has no previous knowledge of your activities. EAC would like to share the final reports with all states. The report should cover the entire period of performance. Review and highlight all activities that occurred during the period of the grant. Include the table of expenditures with cumulative**[2]

expenditures for the entire project period.

## CONCLUSIONS AND RECOMMENDATIONS

Summarize your entire project and the lessons learned during its implementation. Include a review of your successes and an assessment of how your activities addressed the pandemic. What did you learn about dealing with and preparing for a major crisis during an election year that can be helpful to other states? Did you make permanent changes to your processes? Were there unexpected benefits? Shortfalls?

## 8. 2020 HAVA CARES GRANTS
## Current Period Amount Expended and Unliquidated Obligations
## PANDEMIC GRANT COST CATEGORIES

| | Federal | Match |
|---|---|---|
| Voting Processes, including additional costs for printing and mailing ballots, ballot tracking software, high speed scanners and letter opening equipment, mail drop boxes, hardware and software associated with signature comparison of returned ballots | | $349.30 |
| Staffing: Additional poll workers, election office staff diverted to pandemic response, temporary staff | $5,895.48 | $89,034.46 |
| Security and Training: Security for additional absentee or mail drop-boxes, pre- and post-election cleaning of polling places, staff and poll worker training on prevention processes | | |
| Communications: Notifying public of changes in registration, ballot request options, precautions or voting procedures) | $2,351,806.74 | |
| Supplies: Additional laptops, mobile IT equipment, cleaning supplies, masks | $1,063,376.18 | $714.38 |
| Miscellaneous | | 349.30 |

**If you need additional rows for the summary table, please upload an Excel document with the same layout.**

OMB CONTROL NUMBER: 3265-0020

## 4. Certification

**Name and Contact of the authorized certifying official of the recipient.**

**First Name**

Kimberly

**Last Name**

Mattis

**Title**

Director, Bureau of Finance and Operations

3

EXHIBIT E-3

**Phone Number**

7177725193

**Email Address**

kmattis@pa.gov

## 2. Signature of Certifying Official:



Signature of: Kimberly A. Mattis

## 5. Report Submitted to EAC



Thank you, your progress narrative report has been submitted to EAC.  Please keep the PDF download of your submission as grant record.

**CARES Funding Progress Narrative Submission**

Jun 18, 2020 16:15:51 Success: Email Sent to: kmattis@pa.gov

4

EXHIBIT E-4