

## Election Assistance Commission – Election Security Grant Funding Chart
July 16th 2020

| State | Federal Allocation By Fiscal Year | State Match By Fiscal Year | Total By Fiscal Year | Requested Amount |
|---|---|---|---|---|
| Alabama | 18: $6,160,393.00<br>20: $6,928,023.00<br>Total: $13,088,416.00 | 18: $308,019.65<br>20: $1,385,604.57<br>Total: $1,693,624.22 | 18: $6,468,412.65<br>20: $8,313,627.43 | 18: $6,160,393.00<br>20: $6,928,022.86<br>Total: $13,088,415.86 |
| Alaska | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 | 18: $150,000.00<br>20: $600,000.00<br>Total: $750,000.00 | 18: $3,150,000.00<br>20: $3,600,000.00 | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 |
| American Samoa | 18: $600,000.00<br>20: $600,000.00<br>Total: $1,200,000.00 | 18: $0.00<br>20: $0.00<br>Total: $0.00 | 18: $600,000.00<br>20: $600,000.00 | 18: $600,000.00<br>20: $600,000.00<br>Total: $1,200,000.00 |
| Arizona | 18: $7,463,675.00<br>20: $8,397,299.00<br>Total: $15,860,974.00 | 18: $373,183.75<br>20: $1,679,459.82<br>Total: $2,052,643.57 | 18: $7,836,858.75<br>20: $10,076,758.93 | 18: $7,463,675.00<br>20: $8,397,299.11<br>Total: $15,860,974.11 |
| Arkansas | 18: $4,475,015.00<br>20: $5,027,985.00<br>Total: $9,503,000.00 | 18: $223,750.75<br>20: $1,005,596.98<br>Total: $1,229,347.73 | 18: $4,698,765.75<br>20: $6,033,581.90 | 18: $4,475,015.00<br>20: $5,027,984.92<br>Total: $9,502,999.92 |
| California | 18: $34,558,874.00<br>20: $38,943,512.00<br>Total: $73,502,386.00 | 18: $1,727,943.70<br>20: $7,788,702.43<br>Total: $9,516,646.13 | 18: $36,286,817.70<br>20: $46,732,214.59 | 18: $34,558,874.00<br>20: $38,943,512.16<br>Total: $73,502,386.16 |
| Colorado | 18: $6,342,979.00<br>20: $7,133,864.00<br>Total: $13,476,843.00 | 18: $317,148.95<br>20: $1,426,772.85<br>Total: $1,743,921.80 | 18: $6,660,127.95<br>20: $8,560,637.08 | 18: $6,342,979.00<br>20: $7,133,864.23<br>Total: $13,476,843.23 |
| Connecticut | 18: $5,120,554.00<br>20: $5,755,744.00<br>Total: $10,876,298.00 | 18: $256,027.70<br>20: $1,151,148.73<br>Total: $1,407,176.43 | 18: $5,376,581.70<br>20: $6,906,892.39 | 18: $5,120,554.00<br>20: $5,755,743.66<br>Total: $10,876,297.66 |
| District of Columbia | 18: $3,000,000.00<br>20: $3,036,503.00<br>Total: $6,036,503.00 | 18: $150,000.00<br>20: $607,300.58<br>Total: $757,300.58 | 18: $3,150,000.00<br>20: $3,643,803.47 | 18: $3,000,000.00<br>20: $3,036,502.89<br>Total: $6,036,502.89 |
| Delaware | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 | 18: $150,000.00<br>20: $600,000.00<br>Total: $750,000.00 | 18: $3,150,000.00<br>20: $3,600,000.00 | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 |
| Florida | 18: $19,187,003.00<br>20: $21,613,782.00<br>Total: $40,800,785.00 | 18: $959,350.15<br>20: $4,322,756.44<br>Total: $5,282,106.59 | 18: $20,146,353.15<br>20: $25,936,538.65 | 18: $19,187,003.00<br>20: $21,613,782.21<br>Total: $40,800,785.21 |
| Georgia | 18: $10,305,783.00<br>20: $11,601,395.00<br>Total: $21,907,178.00 | 18: $515,289.15<br>20: $2,320,279.00<br>Total: $2,835,568.15 | 18: $10,821,072.15<br>20: $13,921,674.01 | 18: $10,305,783.00<br>20: $11,601,395.01<br>Total: $21,907,178.01 |
| Guam | 18: $600,000.00<br>20: $600,000.00<br>Total: $1,200,000.00 | 18: $0.00<br>20: $0.00<br>Total: $0.00 | 18: $600,000.00<br>20: $600,000.00 | 18: $600,000.00<br>20: $600,000.00<br>Total: $1,200,000.00 |
| Hawaii | 18: $3,134,080.00<br>20: $3,516,260.00<br>Total: $6,650,340.00 | 18: $156,704.00<br>20: $703,252.08<br>Total: $859,956.08 | 18: $3,290,784.00<br>20: $4,219,512.46 | 18: $3,134,080.00<br>20: $3,516,260.38<br>Total: $6,650,340.38 |

| State | | | | |
|---|---|---|---|---|
| Idaho | 18: $3,229,896.00<br>20: $3,624,280.00<br>Total: $6,854,176.00 | 18: $161,494.80<br>20: $724,856.01<br>Total: $886,350.81 | 18: $3,391,390.80<br>20: $4,349,136.04 | 18: $3,229,896.00<br>20: $3,624,280.03<br>Total: $6,854,176.03 |
| Illinois | 18: $13,232,290.00<br>20: $14,900,641.00<br>Total: $28,132,931.00 | 18: $661,614.50<br>20: $2,980,128.14<br>Total: $3,641,742.64 | 18: $13,893,904.50<br>20: $17,880,768.84 | 18: $13,232,290.00<br>20: $14,900,640.70<br>Total: $28,132,930.70 |
| Indiana | 18: $7,595,088.00<br>20: $8,545,449.00<br>Total: $16,140,537.00 | 18: $379,754.40<br>20: $1,709,089.86<br>Total: $2,088,844.26 | 18: $7,974,842.40<br>20: $10,254,539.18 | 18: $7,595,088.00<br>20: $8,545,449.32<br>Total: $16,140,537.32 |
| Iowa | 18: $4,608,084.00<br>20: $5,178,002.00<br>Total: $9,786,086.00 | 18: $230,404.20<br>20: $1,035,600.49<br>Total: $1,266,004.69 | 18: $4,838,488.20<br>20: $6,213,602.96 | 18: $4,608,084.00<br>20: $5,178,002.47<br>Total: $9,786,086.47 |
| Kansas | 18: $4,383,595.00<br>20: $4,924,921.00<br>Total: $9,308,516.00 | 18: $219,179.75<br>20: $984,984.14<br>Total: $1,204,163.89 | 18: $4,602,774.75<br>20: $5,909,904.83 | 18: $4,383,595.00<br>20: $4,924,920.69<br>Total: $9,308,515.69 |
| Kentucky | 18: $5,773,423.00<br>20: $6,491,766.00<br>Total: $12,265,189.00 | 18: $288,671.15<br>20: $1,298,353.17<br>Total: $1,587,024.32 | 18: $6,062,094.15<br>20: $7,790,119.00 | 18: $5,773,423.00<br>20: $6,491,765.83<br>Total: $12,265,188.83 |
| Louisiana | 18: $5,889,487.00<br>20: $6,622,612.00<br>Total: $12,512,099.00 | 18: $294,474.35<br>20: $1,324,522.45<br>Total: $1,618,996.80 | 18: $6,183,961.35<br>20: $7,947,134.70 | 18: $5,889,487.00<br>20: $6,622,612.25<br>Total: $12,512,099.25 |
| Maine | 18: $3,130,979.00<br>20: $0.00<br>Total: $3,130,979.00 | 18: $156,548.95<br>20: $0.00<br>Total: $156,548.95 | 18: $3,287,527.95<br>20: $0.00 | 18: $3,130,979.00<br>20: $0.00<br>Total: $3,130,979.00 |
| Maryland | 18: $7,063,699.00<br>20: $7,946,380.00<br>Total: $15,010,079.00 | 18: $353,184.95<br>20: $1,589,275.99<br>Total: $1,942,460.94 | 18: $7,416,883.95<br>20: $9,535,655.94 | 18: $7,063,699.00<br>20: $7,946,379.95<br>Total: $15,010,078.95 |
| Massachusetts | 18: $7,890,854.00<br>20: $8,878,886.00<br>Total: $16,769,740.00 | 18: $394,542.70<br>20: $1,775,777.15<br>Total: $2,170,319.85 | 18: $8,285,396.70<br>20: $10,654,662.90 | 18: $7,890,854.00<br>20: $8,878,885.75<br>Total: $16,769,739.75 |
| Michigan | 18: $10,706,992.00<br>20: $12,053,705.00<br>Total: $22,760,697.00 | 18: $535,349.60<br>20: $2,410,740.96<br>Total: $2,946,090.56 | 18: $11,242,341.60<br>20: $14,464,445.76 | 18: $10,706,992.00<br>20: $12,053,704.80<br>Total: $22,760,696.80 |
| Minnesota | 18: $6,595,610.00<br>20: $7,418,672.00<br>Total: $14,014,282.00 | 18: $329,780.50<br>20: $1,483,734.45<br>Total: $1,813,514.95 | 18: $6,925,390.50<br>20: $8,902,406.71 | 18: $6,595,610.00<br>20: $7,418,672.26<br>Total: $14,014,282.26 |
| Mississippi | 18: $4,483,541.00<br>20: $5,037,597.00<br>Total: $9,521,138.00 | 18: $224,177.05<br>20: $1,007,519.36<br>Total: $1,231,696.41 | 18: $4,707,718.05<br>20: $6,045,116.18 | 18: $4,483,541.00<br>20: $5,037,596.82<br>Total: $9,521,137.82 |
| Missouri | 18: $7,230,625.00<br>20: $8,134,566.00<br>Total: $15,365,191.00 | 18: $361,531.25<br>20: $1,626,913.18<br>Total: $1,988,444.43 | 18: $7,592,156.25<br>20: $9,761,479.10 | 18: $7,230,625.00<br>20: $8,134,565.92<br>Total: $15,365,190.92 |
| Montana | 18: $3,000,000.00<br>20: $3,133,535.00<br>Total: $6,133,535.00 | 18: $150,000.00<br>20: $626,706.90<br>Total: $776,706.90 | 18: $3,150,000.00<br>20: $3,760,241.39 | 18: $3,000,000.00<br>20: $3,133,534.49<br>Total: $6,133,534.49 |
| Nebraska | 18: $3,496,936.00<br>20: $3,925,332.00<br>Total: $7,422,268.00 | 18: $174,846.80<br>20: $785,066.35<br>Total: $959,913.15 | 18: $3,671,782.80<br>20: $4,710,398.11 | 18: $3,496,936.00<br>20: $3,925,331.76<br>Total: $7,422,267.76 |

| State | | | | |
|---|---|---|---|---|
| Nevada | 18: $4,277,723.00<br>20: $4,805,564.00<br>Total: $9,083,287.00 | 18: $213,886.15<br>20: $961,112.81<br>Total: $1,174,998.96 | 18: $4,491,609.15<br>20: $5,766,676.85 | 18: $4,277,723.00<br>20: $4,805,564.04<br>Total: $9,083,287.04 |
| New Hampshire | 18: $3,102,253.00<br>20: $3,480,379.00<br>Total: $6,582,632.00 | 18: $155,112.65<br>20: $696,075.88<br>Total: $851,188.53 | 18: $3,257,365.65<br>20: $4,176,455.26 | 18: $3,102,253.00<br>20: $3,480,379.38<br>Total: $6,582,632.38 |
| New Jersey | 18: $9,757,450.00<br>20: $10,983,224.00<br>Total: $20,740,674.00 | 18: $487,872.50<br>20: $2,196,644.86<br>Total: $2,684,517.36 | 18: $10,245,322.50<br>20: $13,179,869.17 | 18: $9,757,450.00<br>20: $10,983,224.31<br>Total: $20,740,674.31 |
| New Mexico | 18: $3,699,470.00<br>20: $4,153,661.00<br>Total: $7,853,131.00 | 18: $184,973.50<br>20: $830,732.29<br>Total: $1,015,705.79 | 18: $3,884,443.50<br>20: $4,984,393.76 | 18: $3,699,470.00<br>20: $4,153,661.47<br>Total: $7,853,131.47 |
| New York | 18: $19,483,647.00<br>20: $21,948,209.00<br>Total: $41,431,856.00 | 18: $974,182.35<br>20: $4,389,641.78<br>Total: $5,363,824.13 | 18: $20,457,829.35<br>20: $26,337,850.70 | 18: $19,483,647.00<br>20: $21,948,208.92<br>Total: $41,431,855.92 |
| North Carolina | 18: $10,373,237.00<br>20: $11,677,441.00<br>Total: $22,050,678.00 | 18: $518,661.85<br>20: $2,335,488.17<br>Total: $2,854,150.02 | 18: $10,891,898.85<br>20: $14,012,929.00 | 18: $10,373,237.00<br>20: $11,677,440.83<br>Total: $22,050,677.83 |
| North Dakota | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 | 18: $150,000.00<br>20: $600,000.00<br>Total: $750,000.00 | 18: $3,150,000.00<br>20: $3,600,000.00 | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 |
| Northern Mariana Islands | 18: $0.00<br>20: $0.00<br>Total: $0.00 | 18: $0.00<br>20: $120,000.00<br>Total: $120,000.00 | 18: $0.00<br>20: $720,000.00 | 18: $0.00<br>20: $600,000.00<br>Total: $600,000.00 |
| Ohio | 18: $12,186,021.00<br>20: $13,721,112.00<br>Total: $25,907,133.00 | 18: $609,301.05<br>20: $2,744,222.42<br>Total: $3,353,523.47 | 18: $12,795,322.05<br>20: $16,465,334.51 | 18: $12,186,021.00<br>20: $13,721,112.09<br>Total: $25,907,133.09 |
| Oklahoma | 18: $5,196,017.00<br>20: $5,840,818.00<br>Total: $11,036,835.00 | 18: $259,800.85<br>20: $1,168,163.60<br>Total: $1,427,964.45 | 18: $5,455,817.85<br>20: $7,008,981.61 | 18: $5,196,017.00<br>20: $5,840,818.01<br>Total: $11,036,835.01 |
| Oregon | 18: $5,362,981.00<br>20: $6,029,047.00<br>Total: $11,392,028.00 | 18: $268,149.05<br>20: $1,205,809.49<br>Total: $1,473,958.54 | 18: $5,631,130.05<br>20: $7,234,856.93 | 18: $5,362,981.00<br>20: $6,029,047.44<br>Total: $11,392,028.44 |
| Pennsylvania | 18: $13,476,156.00<br>20: $15,175,567.00<br>Total: $28,651,723.00 | 18: $673,807.80<br>20: $3,035,113.37<br>Total: $3,708,921.17 | 18: $14,149,963.80<br>20: $18,210,680.24 | 18: $13,476,156.00<br>20: $15,175,566.87<br>Total: $28,651,722.87 |
| Puerto Rico | 18: $3,676,962.00<br>20: $4,141,883.00<br>Total: $7,818,845.00 | 18: $183,848.10<br>20: $828,376.67<br>Total: $1,012,224.77 | 18: $3,860,810.10<br>20: $4,970,260.03 | 18: $3,676,962.00<br>20: $4,141,883.36<br>Total: $7,818,845.36 |
| Rhode Island | 18: $3,000,000.00<br>20: $3,216,181.00<br>Total: $6,216,181.00 | 18: $150,000.00<br>20: $643,236.10<br>Total: $793,236.10 | 18: $3,150,000.00<br>20: $3,859,416.61 | 18: $3,000,000.00<br>20: $3,216,180.51<br>Total: $6,216,180.51 |
| South Carolina | 18: $6,040,794.00<br>20: $6,793,192.00<br>Total: $12,833,986.00 | 18: $302,039.70<br>20: $1,358,638.31<br>Total: $1,660,678.01 | 18: $6,342,833.70<br>20: $8,151,829.87 | 18: $6,040,794.00<br>20: $6,793,191.56<br>Total: $12,833,985.56 |
| South Dakota | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 | 18: $150,000.00<br>20: $600,000.00<br>Total: $750,000.00 | 18: $3,150,000.00<br>20: $3,600,000.00 | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 |

3

EXHIBIT F-3

| | | | | |
|---|---|---|---|---|
| Tennessee | 18: $7,565,418.00<br>20: $8,512,001.00<br>Total: $16,077,419.00 | 18: $378,270.90<br>20: $1,702,400.12<br>Total: $2,080,671.02 | 18: $7,943,688.90<br>20: $10,214,400.71 | 18: $7,565,418.00<br>20: $8,512,000.59<br>Total: $16,077,418.59 |
| Texas | 18: $23,252,604.00<br>20: $26,197,204.00<br>Total: $49,449,808.00 | 18: $1,162,630.20<br>20: $5,239,440.72<br>Total: $6,402,070.92 | 18: $24,415,234.20<br>20: $31,436,644.34 | 18: $23,252,604.00<br>20: $26,197,203.62<br>Total: $49,449,807.62 |
| Utah | 18: $600,000.00<br>20: $600,000.00<br>Total: $1,200,000.00 | 18: $0.00<br>20: $0.00<br>Total: $0.00 | 18: $600,000.00<br>20: $600,000.00 | 18: $600,000.00<br>20: $600,000.00<br>Total: $1,200,000.00 |
| Vermont | 18: $4,111,052.00<br>20: $4,617,665.00<br>Total: $8,728,717.00 | 18: $205,552.60<br>20: $923,533.03<br>Total: $1,129,085.63 | 18: $4,316,604.60<br>20: $5,541,198.17 | 18: $4,111,052.00<br>20: $4,617,665.14<br>Total: $8,728,717.14 |
| Virgin Islands | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 | 18: $150,000.00<br>20: $600,000.00<br>Total: $750,000.00 | 18: $3,150,000.00<br>20: $3,600,000.00 | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 |
| Virginia | 18: $9,080,731.00<br>20: $10,220,313.00<br>Total: $19,301,044.00 | 18: $454,036.55<br>20: $2,044,062.56<br>Total: $2,498,099.11 | 18: $9,534,767.55<br>20: $12,264,375.35 | 18: $9,080,731.00<br>20: $10,220,312.79<br>Total: $19,301,043.79 |
| Washington | 18: $7,907,768.00<br>20: $8,897,954.00<br>Total: $16,805,722.00 | 18: $395,388.40<br>20: $1,779,590.83<br>Total: $2,174,979.23 | 18: $8,303,156.40<br>20: $10,677,544.98 | 18: $7,907,768.00<br>20: $8,897,954.15<br>Total: $16,805,722.15 |
| West Virginia | 18: $3,611,943.00<br>20: $4,054,986.00<br>Total: $7,666,929.00 | 18: $180,597.15<br>20: $810,997.28<br>Total: $991,594.43 | 18: $3,792,540.15<br>20: $4,865,983.68 | 18: $3,611,943.00<br>20: $4,054,986.40<br>Total: $7,666,929.40 |
| Wisconsin | 18: $6,978,318.00<br>20: $7,850,124.00<br>Total: $14,828,442.00 | 18: $348,915.90<br>20: $1,570,024.80<br>Total: $1,918,940.70 | 18: $7,327,233.90<br>20: $9,420,148.79 | 18: $6,978,318.00<br>20: $7,850,123.99<br>Total: $14,828,441.99 |
| Wyoming | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 | 18: $150,000.00<br>20: $600,000.00<br>Total: $750,000.00 | 18: $3,150,000.00<br>20: $3,600,000.00 | 18: $3,000,000.00<br>20: $3,000,000.00<br>Total: $6,000,000.00 |
| Totals | 18: $385,000,000<br>20: $425,000,000<br>Total: | 18: $385,000,000<br>20: $425,000,000<br>Total: | 18: $385,000,000<br>20: $425,000,000<br>Total: | 18: $385,000,000<br>20: $425,000,000<br>Total: |