

# Election Assistance Commission – CARES Grant Funding Chart
July 22nd 2020

| State | Requested Amount | Federal Allocation | State Match based on Allocation | Total based on Allocation |
|---|---|---|---|---|
| Alabama | $6,473,612 | $6,498,674 | $1,299,735 | $7,798,409 |
| Alaska | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| American Samoa | $600,000 | $600,000 | N/A | $600,000 |
| Arizona | $7,842,119 | $7,874,848 | $1,574,970 | $9,449,817 |
| Arkansas | $4,703,886 | $4,719,034 | $943,807 | $5,662,841 |
| California | $36,293,345 | $36,485,465 | $7,297,093 | $43,782,557 |
| Colorado | $6,691,472 | $6,691,472 | $1,338,294 | $8,029,766 |
| Connecticut | $5,381,732 | $5,400,677 | $1,080,135 | $6,480,813 |
| District of Columbia | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| Delaware | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| Florida | $20,253,853 | $20,253,853 | $4,050,771 | $24,304,624 |
| Georgia | $10,875,912 | $10,875,912 | $2,175,182 | $13,051,095 |
| Guam | $600,000 | $600,000 | N/A | $600,000 |
| Hawaii | $3,295,842 | $3,303,101 | $660,620 | $3,963,722 |
| Idaho | $3,396,453 | $3,404,276 | $680,855 | $4,085,132 |
| Illinois | $13,899,434 | $13,966,097 | $2,793,219 | $16,759,317 |
| Indiana | $8,013,610 | $8,013,610 | $1,602,722 | $9,616,332 |
| Iowa | $4,843,615 | $4,859,545 | $971,909 | $5,831,455 |
| Kansas | $4,607,890 | $4,622,500 | $924,500 | $5,547,001 |
| Kentucky | $6,067,275 | $6,090,061 | $1,218,012 | $7,308,073 |
| Louisiana | $6,189,147 | $6,212,616 | $1,242,523 | $7,455,139 |
| Maine | $3,292,585 | $3,299,827 | $659,965 | $3,959,792 |
| Maryland | $7,422,125 | $7,452,501 | $1,490,500 | $8,943,002 |
| Massachusetts | $8,290,676 | $8,325,918 | $1,665,184 | $9,991,102 |
| Michigan | $11,247,753 | $11,299,561 | $2,259,912 | $13,559,473 |
| Minnesota | $6,930,610 | $6,958,233 | $1,391,647 | $8,349,879 |
| Mississippi | $4,712,839 | $4,728,037 | $945,607 | $5,673,644 |
| Missouri | $7,597,405 | $7,628,763 | $1,525,753 | $9,154,515 |
| Montana | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| Nebraska | $3,676,857 | $3,686,252 | $737,250 | $4,423,502 |
| Nevada | $4,496,720 | $4,510,707 | $902,141 | $5,412,848 |
| New Hampshire | $3,262,422 | $3,269,494 | $653,899 | $3,923,393 |
| New Jersey | $10,250,690 | $10,296,913 | $2,059,383 | $12,356,295 |
| New Mexico | $3,889,527 | $3,900,113 | $780,023 | $4,680,136 |
| New York | $20,463,651 | $20,567,088 | $4,113,418 | $24,680,506 |
| North Carolina | $10,897,295 | $10,947,139 | $2,189,428 | $13,136,567 |
| North Dakota | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| Northern Mariana Islands | $600,000 | $600,000 | N/A | $600,000 |
| Ohio | $12,800,802 | $12,861,311 | $2,572,262 | $15,433,573 |

1

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Oklahoma | $2,730,486 | $5,480,361 | $1,096,072 | $6,576,433 |
| Oregon | $5,636,292 | $5,656,663 | $1,131,333 | $6,787,996 |
| Pennsylvania | $14,155,505 | $14,223,603 | $2,844,721 | $17,068,323 |
| Puerto Rico | $3,881,359 | $3,881,359 | $776,272 | $4,657,630 |
| Rhode Island | $3,016,343 | $3,022,037 | $604,407 | $3,626,444 |
| South Carolina | $6,348,028 | $6,372,386 | $1,274,477 | $7,646,863 |
| South Dakota | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| Tennessee | $7,948,953 | $7,982,281 | $1,596,456 | $9,578,737 |
| Texas | $24,421,231 | $24,546,840 | $4,909,368 | $29,456,208 |
| U.S. Virgin Islands | $600,000 | $600,000 | N/A | $600,000 |
| Utah | $2,000,000 | $4,334,714 | $866,942 | $5,201,656 |
| Vermont | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| Virginia | $9,582,344 | $9,582,344 | $1,916,469 | $11,498,813 |
| Washington | $8,308,437 | $8,343,778 | $1,668,756 | $10,012,534 |
| West Virginia | $3,797,620 | $3,807,691 | $761,538 | $4,569,229 |
| Wisconsin | $7,362,345 | $7,362,345 | $1,472,469 | $8,834,814 |
| Wyoming | $3,000,000 | $3,000,000 | $600,000 | $3,600,000 |
| **Totals** | **$393,650,097** | **$400,000,000** | **$79,520,000** | **$479,520,000** |