# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

PENNSYLVANIA VOTERS ALLIANCE, ET AL.

*Plaintiff*

v.

CENTRE COUNTY, ET AL.

*Defendant*

Civil Action No.:
4:20-CV-01761-MWB
Hon. Matthew W. Brann

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

  SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Jordan P. Shuber
  Dillon McCandless King Coulter & Graham, LLP
  128 West Cunningham Street
  Butler, PA 16001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER J. WELSH
*CLERK OF COURT*

s/ – Nicole R Reynolds
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020-09-28 13:22:56, Clerk USDC MDPA

Civil Action No.: 4:20-CV-01761-MWB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **the City of Philadelphia**
was received by me on (date) **9/29/2020**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): **Attempted to serve Raymond Felder, badge 788, detective of the Mayor's Security Detail. Mr. Felder refused service**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

**9/29/2020**
Date

*Server's Signature*

**Michael Koons, Process Server**
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc:

**Mr. Felder refused service, stated to process serve to mail the complaint. Philadelphia Mayor Jim Kenney is in self quarantine due to possible Covid 19 exposure. City Hall is not presently open to the public.**

Civil Action No.: 4:20-CV-01761-MWB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **City of Philadelphia**
was received by me on (date) **09/29/2020**.

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): **personal service made upon security guard (name unknown) at City Hall, Philadelphia, Pa. on behalf of Honorable Jim Kenney**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

**09/29/2020**
/Date

Server's Signature

**Investigator Shawn Dougherty**
Printed name and title

**3645 Brodhead Road
Monaca, PA 15061**
Server's Address

Additional information regarding attempted service, etc: **Attempt to hand documents to security guard was unsuccessful as he would not accept forms. Therefore, documents were left inside City Hall at the foot of the security guard.**