IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA VOTERS ALLIANCE, STEPHANIE BOROWICZ, KRISTINE ENG, THEODORE A. DANNERTH, ERIC KRONER, ERIC NELSON, DARYL METCALFE, DAWN WETZEL KEEFER, RUSS DIAMOND, CHRIS DUSH, JIM GREGORY, FRANCIS RYAN, MICHAEL HARVEY, DAVID TORRES, and DASHA PRUETT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRE COUNTY, DELAWARE COUNTY, and THE CITY OF PHILADELPHIA<br><br>    Defendants. | No. 4:20-CV-01761<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 29th day of September 2020, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **October 1, 2020 at 3:00 p.m.**

2. Counsel for Plaintiffs shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in light of current circumstances necessitated by the COVID-19 virus pandemic afflicting our nation, which compel counsel to work outside of their offices, I will permit such telephonic conference calls to be made by cellular phone if that is the only means of telephonic communication for counsel.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge