# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA VOTERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRE COUNTY, *et al.*, <br><br> Defendants. | No. 4:20-CV-1761 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 21st day of October 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Amended Complaint, Doc. 38, is **DISMISSED** without prejudice.

2. The case is **DISMISSED** and the Clerk of Court is directed to close the case file.

3. Plaintiffs' motions for a temporary restraining order, Docs. 4 and 51, are **DISMISSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge