ECO-015                                                                                                November 20, 2020

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 20-3175

PENNSYLVANIA VOTERS ALLIANCE; ET AL., Appellants

v.

COUNTY OF CENTRE; ET AL.

(M.D. Pa. No. 4-20-cv-01761)

Present:   AMBRO, GREENAWAY, JR., and BIBAS, Circuit Judges

Submitted is the Clerk's submission for determination whether summary affirmance under 3d Cir. L.A.R. 27.4 and I.O.P. 10.6 is appropriate in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The foregoing appeal is summarily dismissed for lack of standing, as there is no injury-in-fact.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: November 23, 2020
CJG/cc:        All Counsel of Record

Certified as a true copy and issued in lieu of a formal mandate on December 15, 2020

Teste: *Patricia S. Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**